AUGUSTUS W. L. ROTHENBERG, Respondent, v. NEWTON M. COLLINS, Appellant.— Reargument granted, and case set down for the first Thursday of the September term.

REUBEN L. SMITH, Appellant, v. HELEN COLE LOCKERBY and Others, Respondents.— Judgment unanimously affirmed, with costs.

ERNEST TIBBITTS and KENNETH ROOT, Respondents, v. ELLA STOCK-ING, Appellant.— Judgment affirmed, with costs. All concurred, except Kellogg, P. J., who dissented.

THE UNITED PAPER BOARD COMPANY, Appellant, v. THE IROQUOIS PULP AND PAPER COMPANY, Respondent.— Judgment affirmed, with costs. All concurred, except Kellogg, P. J., and Woodward, J., who dissented.

ISABELLA T. VECCHIO, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

MARY F. WHITE, as Committee of the Person and Property of MILTON W. HAZELTON, an Incompetent, Respondent, v. JOSEPH H. GLENNON, Appellant.— Order reversed, with ten dollars costs and disbursements, on the opinion written by this court on the previous motion (White v. Glennon, 171 App. Div. 86). All concurred.